No. 789. CANTEY *v.* McLAIN LINE, INC., ET AL.

March 31, 1941. *Per Curiam:* The petition for writ of certiorari is granted, the judgment is reversed, and the cause is remanded to the District Court for further proceedings. *South Chicago Coal & Dock Co.* v. *Bassett,* 309 U. S. 251, 258–259. *Mr. George J. Engleman* for petitioner. *Mr. Paul Speer* for respondents.

No. 805. SUN-MAID RAISIN GROWERS ASSOCIATION ET AL. *v.* UNITED STATES ET AL.

March 31, 1941. *Per Curiam:* The judgment is affirmed. *Swayne & Hoyt* v. *United States,* 300 U. S. 297, 303–304. *Mr. J. Richard Townsend* for appellants.

No. —, original. EX PARTE ARTHUR MATTHEW BECKER; and

No. —, original. EX PARTE RAYMOND STITELY. March 31, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.